**Order entered August 27, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00098-CV

### RYAN GALLAGHER, Appellant

### V.

### COLLIN COUNTY, ET AL., Appellees

### On Appeal from the 416th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 416-00049-2020

### ORDER

Before the Court is appellant's August 12, 2020 "Motion for Trial by Jury."

We **DENY** the motion.

Also before the Court is appellant's August 20, 2020 "Motion for Hearing

on Constitutionality of Statutes." We **DENY** the motion.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE